PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Dominic Iorio  Cr.: 2:06cr0907
PACTS #: 47218

Name of Sentencing Judicial Officer: The Honorable Faith S. Hochberg, U.S.D.J.

Date of Original Sentence: 03/21/07

Original Offense: Tax Evasion

Original Sentence: 24 months imprisonment to be followed by 3 years supervised release

Type of Supervision: Supervised Release          Date Supervision Commenced: 02/09/09

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender was ordered to pay restitution to HAAPA, c/o Arthur Zucker, Ferro, Labella and Zucker, LLC, The Landmark Building, 27 Warren Street, Hackensack, New Jersey 07601 in the amount of $163,242.51. The offender was ordered to pay the restitution in installments of $250 per month. |
| | The offender was released from custody on February 9, 2009. Beginning in March of 2009, he has been submitting payments of $50 per month to be applied to restitution. |

U.S. Probation Officer Action:

The probation office has encouraged the offender to make monthly payments regardless of the amount as a good faith effort to pay restitution. The probation office has been monitoring his finances. The offender is aware if his financial status changes he is expected to increase the amount of his monthly payment.

Respectfully submitted,

By: Patrick Hattersley
U.S. Probation Officer
Date: 03/05/10

PROB 12A - Page 2
Dominic Iorio

*No Response is necessary unless the court directs that additional action be taken as follows:*

[X] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

3/19/2010
_____
Date