PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Dominic Iorio                                           Cr.: 2:06cr0907
                                                                         PACTS Number: 47218

Name of Sentencing Judicial Officer: The Honorable Faith S. Hochberg, U.S.D.J.

Date of Original Sentence: 03/21/07

Original Offense: Tax Evasion

Original Sentence: 24 months imprisonment, to be followed by 3 years supervised release

Type of Supervision: Supervised Release                    Date Supervision Commenced: 02/09/09

## PETITIONING THE COURT

[ ] To extend the term of supervision for _____ Years, for a total term of _____ Years.
[X] To modify the conditions of supervision as follows:

The defendant shall make restitution to HAAPA, c/o Arthur Zucker, Ferro, Labella, and Zucker, LLC, The Landmark Building, 27 Warren Street, Hackensack, New Jersey 07601, in the amount of $163,242.51. The defendant shall satisfy the amount due in monthly installments of no less than $100 per month.

## CAUSE

In a letter dated March 5, 2010, the Court was notified of the defendant's ability to pay the previously ordered monthly payment of $250. The Court directed the probation office to submit a request to modify the conditions or term of supervision, to order the defendant to pay $100 per month toward restitution.

Respectfully submitted,

By: Patrick Hattersley
U.S. Probation Officer
Date: 03/25/10

PROB 12B - Page 2
Dominic Iorio

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

3/26/2010
_____
Date